IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOTALFACILITY, INC., et al., : | |
|     Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| CHRISTOPHER DABEK, et al., : | |
|     Defendants. : | CIVIL ACTION |
| _____ : | NO. 14-5324 |
| : | |
| XTREME NATIONAL SERVICES, INC., : | |
|     Counter-Plaintiff, : | |
| : | |
| v. : | |
| : | |
| TOTALFACILITY, INC., : | |
|     Counter-Defendant. : | |

## ORDER

**AND NOW**, this 27th day of December, 2016, upon consideration of counsel's representations that the parties reached a settlement of all claims and counterclaims at a settlement conference held before the Honorable Lynne A. Sitarski, United States Magistrate Judge, on June 20, 2016, it is hereby **ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS** pursuant to Local Rule 41.1(b). The Clerk of Court is directed to close this case for statistical and all purposes.

**FURTHER**, upon consideration of the Motion to Withdraw, (ECF No. 99), filed by Attorneys Michelle Rozovics and Lance Rogers, it is hereby **ORDERED** that said Motion is **DENIED**. Rozovics and Rogers must continue their representation of Defendants in this case through the completion of any subsequent proceedings arising under Local Rule 41.1(b), unless and until an appearance by replacement counsel has been entered.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. Darnell Jones, II    J.